## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

YOLANDA PARKER,

    Plaintiff,

v.                                            CASE NO: 8:06-cv-183-T-26EJ

NANCY POTTER, et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Petitioner's Motion to Reconsider Order Dismissing With Prejudice (Dkt. 40) is denied because Petitioner has not convinced the Court that further amendment to her petition would not be futile.

**DONE AND ORDERED** at Tampa, Florida, on June 5, 2006.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record