**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YOLANDA PARKER,

    Plaintiff,

v.  CASE NO: 8:06-cv-183-T-26EAJ

NANCY POTTER, et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant Dooley & Drake, P.A.'s Motion for Sanctions (Dkt. 110) is denied without prejudice to being renewed once the Court has resolved all pending motions for summary judgment. Although Defendant Dooley has yet to file such a motion, the Court presumes it will do so in light of the allegations of its motion for sanctions.

**DONE AND ORDERED** at Tampa, Florida, on August 28, 2008.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record