## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

YOLANDA PARKER,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-183-T-26EAJ

NANCY POTTER, et al.,

    Defendants.
_____/

## O R D E R

Before the Court is Plaintiff's Motion to Dismiss Counts II, III, and IV of Plaintiff's Third Amended Complaint pursuant to Rule 41(2) of the Federal Rules of Civil Procedure (sic).[1] Plaintiff also requests in the motion that she be allowed to file a corrected third amended complaint to conform to the dismissal of these counts. Defendant Dooley and Drake, P.A. (Dooley), named in all three counts, does not object. Defendant Nancy Potter (Potter), named in counts II and III, does object.

As noted, Rule 41(a)(2) grants discretion to a court to dismiss an action at the request of a plaintiff "on terms that the court considers proper." In this case, because Dooley does not object, the Court will grant the motion as to that party but with the provision that should Plaintiff refile her action against that Defendant she shall be liable for its attorney fees and costs incurred to date in defending this case and that any new case shall be stayed pending payment of those fees and costs. See Versa Prod., Inc. v. Home Depot, USA, Inc., 387 F.3d 1325 (11th Cir. 2004); Fed. R. Civ. P. 41(d)(2).

As to Potter, the Court perceives of no reason why the same disposition of the motion should not be the same. The Court, however, will deny that part of the motion seeking leave to

---

[1] The Court assumes Plaintiff is referring to Rule 41(a)(2) which permits dismissal of an action at the request of a plaintiff "by court order, on terms that the court considers proper."

file a corrected third amended complaint because to do so would be tantamount to authorizing Plaintiff to file an amended complaint which the Court has previously declined to do.[2] Plaintiff will simply have to make her case on the third amended complaint as pleaded. In view of the disposition of this motion, the case will now proceed against Potter as to count I of the third amended complaint.[3]

Accordingly, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Dismiss Counts II, III, and IV of Plaintiff's Third Amended Complaint (Dkt. 112) is granted.

2) Counts II, III, and IV of Plaintiff's third amended complaint are dismissed without prejudice.

3) In the event Plaintiff refiles her action against Dooley and Potter, she shall be liable for the attorney fees and costs incurred by them in defending this case and any new action shall be stayed pending payment of those fees and costs.

4) This case shall proceed against Potter as to count I of the third amended complaint.

**DONE AND ORDERED** at Tampa, Florida, on August 29, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] See docket 100.

[3] The Court notes that Potter has filed a motion for summary judgment as to counts I, II, and III of the third amended complaint. Because counts II and III are being dismissed, the motion is moot as to those counts and Plaintiff need only respond to the motion as it relates to count I.