**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YOLANDA PARKER,

    Plaintiff,

v.                                      CASE NO: 8:06-cv-183-T-26EAJ

NANCY POTTER, et al.,

    Defendants.
_____/

**O R D E R**

Before the Court is Nancy Potter's Motion for Rehearing (Dkt. 131), which reargues the proposition that Yolanda Parker does not have standing as a consumer, but raises, for the first time, new arguments and new facts outside the original record in this case.[1] Nevertheless, none of the arguments warrant a rehearing of this Court's order granting rescission (Dkt. 127) because Defendant has failed to set forth (1) that a change in the controlling law has occurred, (2) that new evidence has suddenly become available, or (3) that a manifest injustice or clear error exists. Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994).

It is **ORDERED AND ADJUDGED** that Nancy Potter's Motion for Rehearing (Dkt. 131) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, on October 21, 2008.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] It is not necessary for Plaintiff to file a response.