**YOLANDA PARKER vs. NANCY POTTER**
Case No.: 8:06-cv-183-T-26EAJ

## ITEMIZATION TO PLAINTIFF'S BILL OF COSTS

### Fees for service of summons and subpoena:

| Date | Payee | Description | Amount | |
|---|---|---|---|---|
| Jul-28-08 | MercuryServe, Inc. | service of subpoena on Christner | 50.00 | Invoice attached |
| | | **TOTAL** | **$50.00** | |

### Fees for the Court Reporter:

| Date | Payee | Description | Amount | |
|---|---|---|---|---|
| 06-04-08 | Riesdorph Reporting Group | Depo of Nancy Potter | 413.00 | Invoice attached |
| 07-07-08 | Riesdorph Reporting Group | deposition of Dooley | 236.50 | Invoice attached |
| 08-26-08 | Riesdorph Reporting Group | Depo of Michael Christner | 286.50 | Invoice attached |
| 09-02-08 | Vincent M. Lucente & Assoc. | Depo of Yolanda Parker | 176.95 | Invoice attached |
| | | **TOTAL** | **$1,112.95** | |

### Fees for exemplification and copies of papers necessarily obtained for use in the case:

| Date | Payee | Description | Amount | |
|---|---|---|---|---|
| 03-13-08 | Dooley & Drake, P.A. | document production from Defendant | 323.21 | Invoice attached |
| | | **TOTAL** | **$323.21** | |

### Other costs:

| Date | Payee | Description | Amount | |
|---|---|---|---|---|
| 12-04-07 | Denis A. Cohrs, P.A. | Chicago Title fee for title search | 150.00 | Invoice attached |
| 10-16-08 | Christopher C. Ferguson, P.A. | Mediator fee | 333.33 | Invoice attached |
| | | **TOTAL** | **$483.33** | |

**TOTAL COSTS REQUESTED:** **$1,969.49**

**MercuryServe, Inc.**
500 E. Kennedy Blvd.
Suite 100
Tampa, FL 33602
Phone: (813) 223-5400
Fax: (813) 221-9686
Fed Id: 01-0622355

# INVOICE

Invoice #2008005818
7/21/2008

Henry Stein
The Stein Law Group, P.A.
1607 Dr. Martin Luther King Jr. St. N.
St. Petersburg, FL 33704

Your Contact: Linda
**Case Number: Middle 8:06-CV-183-T-26EAJ**

Plaintiff:
**YOLANDA PARKER**

Defendants:
**NANCY POTTER and DOOLEY & DRAKE, P.A.**

Received: 6/26/2008   Served: 7/3/2008 4:20 pm  INDIVIDUAL
To be served on: Michael Christner President of Money Consultants, Inc.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |
| **BALANCE DUE:** | | | **$50.00** |

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

# Riesdorph Reporting Group, Inc.

201 E. Kennedy Boulevard, Suite 712
Tampa, FL 33602
(813) 222-8963

| BILL TO |
|---|
| The Stein Law Group, P.A. |
| 1607 Martin Luther King Street North |
| Suite A |
| St. Petersburg, Florida 33704 |
| Attn: Henry A. Stein, Esquire |

| DATE | INVOICE # |
|---|---|
| 5/29/2008 | 48047 |

| RE: | Parker vs. Potter |
|---|---|
| DATE TAKEN: | 5/8/08 |

| REPORTER | TAX ID # |
|---|---|
| Tonya Negd | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Nancy Potter | |
| Attendance | 125.00 |
| Original Transcript (64 pages) | 288.00 |
| Condensed Transcript with Index | 0.00 |

Please return copy of Invoice with payment

We accept Visa, Master Card and American Express

| | Total | $413.00 |
|---|---|---|
| Thank you for using Riesdorph Reporting Group, Inc. | | |

# Riesdorph Reporting Group, Inc.

201 East Kennedy Boulevard • Suite 712
Tampa, Florida 33602
Tel: (813) 222-8963
Fax: (813) 222-8964

| BILL TO |
|---|
| The Stein Law Group, P.A. |
| 1607 Martin Luther King Street North |
| Suite A |
| St. Petersburg, Florida 33704 |
| Attn: Henry A. Stein, Esquire |

| DATE | INVOICE # |
|---|---|
| 7/7/2008 | 49179 |

| RE: | Parker vs. Potter |
|---|---|
| DATE TAKEN: | 6/20/08 |

| REPORTER | TAX ID # |
|---|---|
| Brenda Cannon | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of William Dooley, Esq. | |
| Attendance | 70.00 |
| Original Transcript (37 pages) | 166.50 |
| Condensed Transcript with Index | 0.00 |
| ASCII Diskette | 0.00 |

Please return copy of Invoice with payment

We accept Visa, Master Card and American Express

Thank you for using Riesdorph Reporting Group, Inc.

**Total** $236.50

# Riesdorph Reporting Group, Inc.

201 East Kennedy Boulevard • Suite 712
Tampa, Florida 33602
Tel: (813) 222-8963
Fax: (813) 222-8964

| BILL TO |
|---|
| The Stein Law Group, P.A.<br>1607 Martin Luther King Street North<br>Suite A<br>St. Petersburg, Florida 33704<br>Attn: Henry A. Stein, Esquire |

| DATE | INVOICE # |
|---|---|
| 7/29/2008 | 49996 |

| RE: | Parker vs. Potter |
|---|---|
| DATE TAKEN: | 7/14/08 |

| REPORTER | TAX ID # |
|---|---|
| Brenda Cannon | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Michael Christner | |
| Attendance | 97.50 |
| Original Transcript (42 pages) | 189.00 |
| Condensed Transcript with Index | 0.00 |
| ASCII Diskette | 0.00 |
| | |
| Please return copy of Invoice with payment | |
| We accept Visa, Master Card and American Express | |
| Thank you for using Riesdorph Reporting Group, Inc. | **Total** $286.50 |

# Vincent M. Lucente & Assoc.

P.O. Box 1121
Bradenton, Fl 34206
1-800-282-8275   Fax (941) 748-5800

# Invoice

| Date | 8/8/2008 |
|---|---|
| Invoice # | 89364 |
| Job # | RY2336B |
| Rep | RY |

| Bill To |
|---|
| The Stein Law Group, P.A.<br>Henry A. Stein, Esquire<br>1607 Dr. M.L. King Jr. (9th) Street North<br>St. Petersburg, Florida  33704 |

| Attorney | Stein |
|---|---|

| Case Style |
|---|
| Parker v. Potter |

| Case # | |
|---|---|

| Date | Pages | Description | Rate | Amount |
|---|---|---|---|---|
| 7/11/2008 | 76 | Copy of Transcript of Yolanda Parker | 2.25 | 171.00 |
| | | Condensed & Key Word @ No Charge | | 0.00 |
| | 1 | Postage/Handling/Delivery | 5.95 | 5.95 |

F.I.D. 59-2232430

**Total**   $176.95

Thank You For Your Business
Payment Due Upon Reciept
We also accept Visa, Master Card Americian Express, & Discover   All Accounts are subject to 1.5% per month service charge. This is an annual rate of 18%

# DOOLEY & DRAKE, P.A.
ATTORNEYS AT LAW

WILLIAM A. DOOLEY
J. KEVIN DRAKE
CHRISTOPHER C. MORRISON
PHILIP A. BEACH

OF COUNSEL:
BECHTOLD & CORBRIDGE, P.A.
DANIEL A. BECHTOLD
C. KELLEY CORBRIDGE

March 6, 2008

1432 FIRST STREET
SARASOTA, FLORIDA 34236
TELEPHONE (941) 954-7750
FACSIMILE (941) 951-1509
www.dooleydrakelaw.com

Henry A. Stein, Esquire
The Stein Law Group, P.A.
1607 M.L. King Street North
Suite A
St. Petersburg, Florida 33704

Re: Parker vs. Potter
United States District Court - Middle District
Case No. 8:06-cv-183-T-26EAJ

## STATEMENT

| | |
|---|---|
| Billing for copies (1/2 of total charge) | $ 323.21 |
| Total Amount Due | $ 323.21 |

*Please make check payable to "Dooley & Drake, P.A."*

# Denis A. Cohrs, P.A.

2575 Ulmerton Road     Suite 210     Clearwater, FL 33762

Telephone: (727) 540-0001  
Facsimile : (727) 540-0027  
Email: dcohrs@cohrslaw.com

November 09, 2007

FEIN: 59-3520161

Henry Stein  
The Stein Law Group, P.A.  
1607 Martin Luther King St. North  
St. Petersburg, FL 33704-4203

Invoice No.: 11373

RE: **Matters As Indicated**

Additional Charges :

| | Amount |
|---|---:|
| **General Representation** | |
| Chicago Title - fee for title search. | 150.00 |
| SUBTOTAL: | [ 150.00] |
| Total costs | $150.00 |
| For professional services rendered    0.00 | $150.00 |
| Balance due | $150.00 |

**PAYMENT IN FULL IS DUE UPON RECEIPT OF THIS INVOICE. ALL BALANCES OUTSTANDING IN EXCESS OF 10 DAYS ARE SUBJECT TO INTEREST AT THE RATE OF 18% PER ANNUM.**

EFFECTIVE JANUARY 1, 2008, THE HOURLY RATES

CHARGED BY THIS FIRM WILL INCREASE AS FOLLOWS:

PRINCIPALS - $300.00/HR.  
ASSOCIATES - 185.00/HR.  
PARALEGALS - 95.00/HR.

# CHRISTOPHER C. FERGUSON, P.A.

ATTORNEY AT LAW

770 SECOND AVENUE SOUTH
ST. PETERSBURG, FLORIDA 33701

PHONE: (727) 823-5000
FAX : (727) 894-1023
E-MAIL: chris@fergusonpa.com
MEDIATION: FloridaMediators.org

October 15, 2008

Henry A. Stein, Esquire
The Stein Law Group, P.A.
1607 Dr. Martin Luther King Jr. St. N.
St. Petersburg, FL 33704

Re: Yolanda Parker vs. Nancy Potter, et al.
Our File No. E1041-248
Mediation Date: October 15, 2008

## INVOICE FOR MEDIATION

**ADMINISTRATIVE/PREPARATION:**
(including scheduling, review of
mediation statements, depositions
pleadings, and/or report to Court)

____ Hour(s) at $250.00 per hour         =   $ _____

**MEDIATION FEE:**

_4_ Hour(s) at $250.00 per hour          =   $ 1000

**TRAVEL TIME:**

____ Hour(s) at $75.00 per hour          =   $ _____

**TOTAL:**                                =   $ 1000

**YOUR SHARE:**                              $ 333.33

**Please make check payable to:**
  **CHRISTOPHER C. FERGUSON, P.A.**
  **Tax I.D. Number 22- 3850907**