UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOLANDA PARKER,

    Plaintiff,

    v.

NANCY POTTER,

    Defendant,

                                      /

CASE NO: 8:06-CV-183-T-26EAJ

## YOLANDA PARKER'S NOTICE

NOTICE IS GIVEN that YOLANDA PARKER, Plaintiff/Appellant in Case No. 8:06-CV-183-T-26EAJ hereby appeals to the United States Supreme Court, from the Order of this Court rendered on April 16, 2010. The nature of the Order on appeal is the Dismissal of Yolanda Parker's Claim for Rescission based on the United States Court of Appeals decision, dated March 15, 2010, Case # 08-16667-BB. A conformed copy of the Order is attached hereto.

*/s/ Yolanda Parker*

YOLANDA PARKER, PRO SE
P.O. Box 3473
Clearwater Beach, FL 33767
(724) 664-2418
lanijag1@yahoo.com

FILED 10 MAY 14 PM 3:45
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May, 2010 the foregoing was served via U.S. Mail on all counsel listed below.

**Christopher C. Morrison, Esq.**
Dooley & Drake, P.A.
1432 First Street
Sarasota, FL  34236

**Michael Moran, Esq.**
Attorney for Appellant, Nancy Potter
Law Offices of Michael Moran
2197 Ringling Blvd.
Sarasota, FL  34237

**Cole, Scott & Kissane**
Attorneys for Appellant, Nancy Potter
Dadeland Centre II – Suite 1400
9150 South Dadeland Blvd.
Miami, FL  33156

**Henry A. Stein, Esq.**
The Stein Law Group, P. A.
1607 M. L. King Jr. St. N., Suite A
St. Petersburg, FL  33704

*/s/ Yolanda Parker*
YOLANDA PARKER, PRO SE
P.O. Box 3473
Clearwater Beach, FL  33767
724-664-2418
lanijag1@yahoo.com